FILED
2025 Dec-02 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TYLER ROY and FRANKLIN WAYNE HANNAH, JR.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 2:25-cv-00645-AMM** |
| **RIVERCHASE AL OWNER LP, a foreign limited partnership; WESTMINSTER MANAGEMENT, LLC, a foreign limited liability corporation,** | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs Tyler Roy ("Mr. Roy") and Franklin Wayne Hannah, Jr. ("Mr. Hannah") (collectively "Plaintiffs") and Defendants Riverchase Al Owner LP ("Riverchase") and Westminster Management, LLC ("Westminster") (collectively, "Defendants"), pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), jointly stipulate to the dismissal of all of Plaintiffs' claims against Defendants with prejudice, with costs taxed as paid.

Dated: December 1, 2025.

Respectfully submitted,

BY: ***/s/ Kristin M. Kizziah***

Kristin M. Kizziah
Jerri D. Grisham
*Counsel for Plaintiffs Tyler Roy and Franklin Wayne Hannah, Jr.*

**OF COUNSEL:**
**LAWYER UP, LLC**
2700 Corporate Drive, Suite 200
Birmingham, Alabama 35242
Telephone: (205) 517-2137
Facsimile: (205) 588-8746
Email: kristin@lawyerupbama.com

BY: ***/s/ Caleigh M. Hart***
E. Britton Monroe (ASB-1454-072E)
Caleigh M. Hart (ASB-7842-U14M)
*Counsel for Defendant Westminster Management, LLC and Riverchase AL Owner LP*

**OF COUNSEL:**
**Lloyd, Gray, Whitehead & Monroe, P.C.**
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
Phone: (205) 967-8822
Fax: (205) 967-2380
Facsimile: (205) 967-2380
Email: bmonroe@lgwmlaw.com
chart@lgwmlaw.com